UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| United States | : | |
| | : | Docket Number |
| | : | 2:08-cr-327 (SRC) |
| | : | |
| v. | : | |
| | : | |
| | : | ORDER AMENDING BAIL |
| | : | CONDITIONS TO ALLOW |
| Eric Maione | : | TRAVEL ON NOV. 26, 2010 |

     This matter having been opened to the Court by Donald F. Manno, Esq., Attorney for the defendant Eric Maione, and having been consented to by Bohdan Vitvitsky, Esq. Assistant United States Attorney and for good cause shown

     It is HEREBY this ____ day of November, 2010 ORDERED

     THAT the terms of the defendant, Eric Maione's bail shall be amended to allow him to travel from his home to Tiro a Segno, a restaurant in Manhattan, located at 77 MacDougal Street from approximately 6:00 pm and to return home at midnight. The purpose of the travel is to attend a fundraising event for the Juvenile Diabetes Research Foundation.

Honorable Stanley R. Chesler, Judge
United States District Court for the
District of New Jersey