Donald F. Manno
601 Longwood Avenue
Cherry Hill, New Jersey 08002
856-665-6464  609-314-9419
Attorney for Eric Maione

| | | |
|---|---|---|
| UNITED STATES | ) | UNITED STATES DISTRICT COURT |
| | ) | FOR THE DISTRICT OF NEW JERSEY |
| | ) | |
| v. | ) | |
| | ) | DOCKET NO. 08-327 (SRC) |
| | ) | |
| | ) | FINAL |
| ERIC MAIONE | ) | ORDER EXTENDING SURRENDER DATE |

This matter HAVING COME BEFORE THE Court on the motion of defendant Eric Maione, by his attorney Donald F. Manno, Esq. for an order extending the time to surrender on the sentence imposed by this Court on February 10, 2011; and the United States being represented by Assistant United States Attorney Bohdan Vitvitsky, Esq.; and for good cause shown:

IT IS ON THIS 27 day of June, 2011;

ORDERED that Eric Maione shall surrender on September 30, 2011 to begin serving the sentence of this Court to the institution designated by the United States Bureau of Prisons.

HONORABLE STANLEY R. CHESLER
United States District Judge